# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 387
:
ORDER AMENDING RULES : MAGISTERIAL DOCKET
206 AND 1201-1209, AND THE :
OFFICIAL NOTES TO RULES 112, :
215 AND 1210-1211 OF THE :
PENNSYLVANIA RULES OF CIVIL :
PROCEDURE BEFORE :
MAGISTERIAL DISTRICT JUDGES :

## ORDER

**PER CURIAM**

**AND NOW**, this 29th day of June, 2015, upon the recommendation of the Minor Court Rules Committee; the proposal having been published for public comment at 44 Pa.B. 7642 (December 13, 2014):

**IT IS ORDERED** pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rules 206 and 1201-1209, and the Official Notes to Rules 112, 215 and 1210-1211 of the Pennsylvania Rules of Civil Procedure before Magisterial District Judges are amended in the attached form.

This **ORDER** shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective July 1, 2015.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.